FREDERICK S. FIELDS (36354)
HOWARD A. SLAVITT (172840)
JULIA D. GREER (200479)
LAUREN S. KOWAL (224976)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: ffields@cpdb.com
          hslavitt@cpdb.com
          jdg@cpdb.com
          lsk@cpdb.com

Attorneys for Plaintiffs and Counterdefendants
RONALD W. McGEHEE and McGEHEE
DEVELOPMENT COMPANY, LLC and
Counterdefendant PATRICK DOYLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD W. McGEHEE, an individual; and McGEHEE DEVELOPMENT COMPANY, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>COE NEWNES/McGEHEE ULC, a Canadian unlimited liability company; THE COE MANUFACTURING COMPANY, an Ohio corporation; and BRIAN ESHER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-03-5145 MJJ<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [FRCP 41(a)]**<br><br>```Granted``` |

11491.002.0651.b

1

Case No. C-03-5145 MJJ

STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [FRCP 41(a)]

1  Pursuant to Federal Rule 41(a), plaintiffs Ronald McGehee and McGehee Development
2  Company, LLC, each dismiss with prejudice the entire action, the Second Amended Complaint,
3  and all claims against all defendants, in the above-captioned matter, with each party to bear its
4  own costs.
5  Pursuant to Federal Rule 41(a), counterclaimants Coe Newnes/McGehee ULC, The Coe
6  Manufacturing Company, and Brian Esher each dismiss with prejudice the entire action, the
7  Counterclaims to Second Amended Complaint, and all claims and counterclaims against all
8  counterdefendants, in the above-captioned matter, with each party to bear its own costs.
9  It is so STIPULATED by all of the parties to this action.

10  Dated: August 11, 2005    COBLENTZ, PATCH, DUFFY & BASS, LLP

12  By: _____/ s /_____
     HOWARD A. SLAVITT
13   Attorneys for Plaintiffs and
     Counterdefendants
14   RONALD W. McGEHEE and McGEHEE
     DEVELOPMENT COMPANY, LLC and
15   Counterdefendant Patrick Doyle

16  Dated: August 11, 2005    STEPTOE & JOHNSON LLP

18  By: _____/ s /_____
19   W. Chelsea Chen
     Attorneys for Defendants and
20   Counterclaimants Coe Newnes/McGehee
     ULC, The Coe Manufacturing Company and
21   Brian Esher

23  **IT IS SO ORDERED.**

24  Dated: __8/12__, 2005    By: _____[signature]_____
25                                THE HONORABLE MARTIN J. JENKINS
                                  Judge, United States District Court
26                                Northern District of California

Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • Fax (415) 989-1663